UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS,<br><br>  Petitioner,<br><br>v.<br><br>GAVIN NEWSOME,<br><br>  Respondent. | No. 2:20-cv-1557 AC P<br><br><br>ORDER |

Andre Wells, a state prisoner at Mule Creek State Prison, has filed a document styled as a letter and partially entitled "Emergency Habeas Corpus, My Life is in Jeopardy from CDCR and Conspirators Mental Health Staff & Inmates." ECF No. 1. No other pleadings have been filed.

To commence a habeas corpus action, a petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 Cases, and must either pay the required filing fee or submit an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided an opportunity to file a habeas petition and to submit the appropriate filing fee ($5.00) or an application requesting leave to proceed in forma pauperis.

Meanwhile the undersigned will request that a member of the Office of the California Attorney General specially appear in this action to investigate and respond to petitioner's concerns that his life is currently in jeopardy. See ECF No. 1.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's letter, ECF No. 1, is duly noted;

2. Petitioner is granted thirty (30) days after service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case. Petitioner shall also submit, within thirty (30) days, an application to proceed in forma pauperis or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed;

3. The Clerk of the Court is directed to send to petitioner the court's form for filing a petition for writ of habeas corpus, and a blank application to proceed in forma pauperis by a prisoner; and

4. The Clerk of the Court is directed to serve a copy of this order and plaintiff's August 4, 2020 letter on Supervising Deputy Attorney General Monica Anderson; within fourteen days after the filing date of this order, Deputy Attorney General Anderson or her designee shall file and serve a response to plaintiff's safety concerns as set forth in his August 4, 2020 letter (ECF No. 1).

DATED: August 5, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2