UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | No. 2:20-cv-1557 WBS AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 24. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 16, 2020, are adopted in full; and

////

1

    2. Petitioner's motion for preliminary injunctive relief, ECF No. 20, is DENIED.

Dated: November 19, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Well1557.801.hc