UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WELLS, | No. 2:20-cv-1557 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. See ECF No. 43. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. The pending findings and recommendations issued September 10, 2021 (ECF No. 42), are VACATED, and

2. This action is DISMISSED. See Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 27, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE